IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEREMY JAMISON, | | No. 2:14-CV-1799-CMK-P |
| Plaintiff, | | |
| vs. | | ORDER |
| RODNEY J. BEEDE, | | |
| Defendant. | | |
| _____/ | | |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to
2  randomly assign a District Judge to this case and to update the docket to reflect the new case
3  number.

 DATED: October 23, 2014

                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE